EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Miguel A. Pabón Toledo | 2015 TSPR 57<br><br>193 DPR ____ |

Número del Caso: TS-15,039


Fecha: 7 de mayo de 2015


Abogado de la Parte Peticionaria:

      Por derecho Propio



Materia: Reactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Pabón Toledo                    TS-15,039

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de mayo de 2015.

Examinada la moción del Sr. Miguel Pabón Toledo sobre *solicitud de cambio de estatus a activo*, y en vista de que el señor Pabón Toledo no tiene ninguna queja o querella pendiente ante nuestro Tribunal, se da por cumplida la Resolución del 21 de abril de 2015.

Por lo tanto, se ordena la reactivación del señor Pabón Toledo al ejercicio de la abogacía. Se instruye a la Secretaria del Tribunal a realizar el cambio del señor Pabón Toledo a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). El señor Pabón Toledo deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en RUA.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Feliberti Cintrón proveería no ha lugar a lo solicitado, debido a que el peticionario compareció y suscribió su solicitud como "licenciado" a pesar de estar inactivo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo